1  **RIMAC MARTIN, P.C.**
   JOSEPH M. RIMAC - State Bar No. 72381
2  ANNA M. MARTIN - State Bar No. 154279
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430

5  Attorneys for Defendants
   SUTTER HEALTH; SUTTER HEALTH
6  LONG-TERM DISABILITY PLAN; and
   UNUM LIFE INSURANCE COMPANY
7  OF AMERICA

8                           UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                                                           **E-FILING**

12 CATHERINE JORDAN,                         )
                                             )   CASE NO. **CV 08-2273 EMC**
13          Plaintiff,                       )
                                             )
14     vs.                                   )
                                             )   **CERTIFICATION OF INTERESTED**
15 SUTTER HEALTH, a California corporation;  )   **ENTITIES OR PERSONS**
   SUTTER HEALTH LONG-TERM DISABILITY )
16 PLAN; and UNUM LIFE INSURANCE             )
   COMPANY OF AMERICA, a Maine               )
17 corporation,                              )
                                             )
18          Defendants.                      )
                                             )
19 _____   )

20         The undersigned certifies that the following listed persons, associations of persons, firms,

21 partnerships, corporations (including parent corporations) or other entities (i) have a financial

22 interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

23 financial interest in that subject matter or in a party that could be substantially affected by the

24 outcome of this proceeding:

25         1.      Catherine Jordan

26         2.      Sutter Health, a corporation

27         3.      California Pacific Medical Center, as an affiliate of Sutter Health

28         4.      Unum Life Insurance Company of America

-1-

-2-

5. Unum Group, parent corporation of Unum Life Insurance Company of America.

RIMAC MARTIN
*a Professional Corporation*

DATED: June 20, 2008      By:     /s/ **A**NNA **M. M**ARTIN
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

---

-2-

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS             CASE NO. CV 08-2273 EMC**