1  **RIMAC MARTIN, P.C.**
   JOSEPH M. RIMAC - State Bar No. 72381
2  ANNA M. MARTIN - State Bar No. 154279
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430

5  Attorneys for Defendants
   SUTTER HEALTH; SUTTER HEALTH
6  LONG-TERM DISABILITY PLAN; and
   UNUM LIFE INSURANCE COMPANY
7  OF AMERICA

8                       **UNITED STATES DISTRICT COURT**

9                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11                                                      **E-FILING**

12 CATHERINE JORDAN,                    )
                                        ) CASE NO. **CV 08-2273 EMC**
13         Plaintiff,                   )
                                        )
14    vs.                               )
                                        ) **DEFENDANTS' DECLINATION TO**
15 SUTTER HEALTH, a California corporation; ) **PROCEED BEFORE A UNITED**
   SUTTER HEALTH LONG-TERM DISABILITY )   **STATES MAGISTRATE JUDGE**
16 PLAN; and UNUM LIFE INSURANCE        )
   COMPANY OF AMERICA, a Maine          )
17 corporation,                         )
                                        )
18         Defendants.                  )
                                        )
19 _____)

20 **TO THE HONORABLE COURT AND THE INTERESTED PARTIES HERETO:**

21       NOTICE IS HEREBY GIVEN that defendants respectfully decline to proceed before a

22 United States Magistrate Judge in this proceeding and request the matter be assigned to an United

23 States District Court Judge.

24                                      RIMAC MARTIN, P.C.

25
   DATED: June 20, 2008         By:     /s/ **ANNA M. MARTIN**
26                                      ANNA M. MARTIN
                                        Attorneys for Defendant
27                                      SUTTER HEALTH; SUTTER HEALTH
                                        LONG-TERM DISABILITY PLAN; and
28                                      UNUM LIFE INSURANCE COMPANY

---

-1-
**DEFENDANTS' DECLINATION TO PROCEED BEFORE**
**A UNITED STATES MAGISTRATE JUDGE**                     **CASE NO. CV 08-2273 EMC**

Case 3:08-cv-02273-WHA   Document 6   Filed 06/20/2008   Page 2 of 2

1  OF AMERICA
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
**DEFENDANTS' DECLINATION TO PROCEED BEFORE**
**A UNITED STATES MAGISTRATE JUDGE**              **CASE NO.  CV 08-2273  EMC**