**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSOP

Date: August 7, 2008

Case No.  C08-2273 WHA

Title: Catherine Jordan v. Sutter Health

Plaintiff Attorneys:     Geoffrey White

Defense Attorneys:     Anna Martin

Deputy Clerk: Frank Justiliano

Court Reporter:     Safar McVickar

**PROCEEDINGS**

1)     CMC - Held.

2)

**ORDERED AFTER HEARING:**

The parties reported that mediation is currently set for 9/30/08 with Martin Quinn.   The Court set dates and deadlines.   Scheduling order to be issued.