1  **RIMAC MARTIN, P.C.**
   JOSEPH M. RIMAC - State Bar No. 72381
2  ANNA M. MARTIN - State Bar No. 154279
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430
   Email: amartin@rimacmartin.com
5

   Attorneys for Defendants
6  SUTTER HEALTH; SUTTER HEALTH
   LONG-TERM DISABILITY PLAN; and
7  UNUM LIFE INSURANCE COMPANY
   OF AMERICA
8
   **LAW OFFICE OF GEOFFREY V. WHITE**
9  GEOFFREY V. WHITE - State Bar No. 068012
   351 California Street, Suite 1500
10 San Francisco, California 94104
   Telephone: (415) 362-5638
11 Facsimile: (415) 362-4115
   Email: gvwhite@sprynet.com
12
   Attorney for Plaintiff
13 CATHERINE JORDAN

14                UNITED STATES DISTRICT COURT

15             FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17                                           **E-FILING**

18 CATHERINE JORDAN,                )
                                    ) CASE NO. **CV 08-2273 WHA**
19         Plaintiff,               )
                                    )
20     vs.                          ) **STIPULATION OF DISMISSAL WITH**
                                    ) **PREJUDICE; [PROPOSED] ORDER**
21 SUTTER HEALTH, a California corporation; )
   SUTTER HEALTH LONG-TERM DISABILITY )
22 PLAN; and UNUM LIFE INSURANCE    )
   COMPANY OF AMERICA, a Maine      )
23 corporation,                     )
                                    )
24         Defendants.              )
                                    )
25 _____)

26     **IT IS HEREBY STIPULATED** by and between the plaintiff CATHERINE JORDAN

27 and defendants SUTTER HEALTH, SUTTER HEALTH LONG-TERM DISABILITY PLAN,

28 and UNUM LIFE INSURANCE COMPANY OF AMERICA, through their respective counsel

---

**STIPULATION AND ORDER**
**OF DISMISSAL WITH PREJUDICE**          **-1-**                    **CASE NO. CV 08-2273 WHA**

of record, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties shall bear their own respective costs of suit.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

                              RIMAC MARTIN
                              *a Professional Corporation*

DATED: November 13, 2008    By:   /s/ ANNA M. MARTIN
                                              ANNA M. MARTIN
                                              Attorneys for Defendants
                                              SUTTER HEALTH; SUTTER HEALTH LONG-TERM DISABILITY PLAN; and UNUM LIFE INSURANCE COMPANY OF AMERICA

                                              LAW OFFICE OF GEOFFREY V. WHITE

DATED: October 17, 2008    By:   /S/ GEOFFREY V. WHITE
                                                GEOFFREY V. WHITE
                                              Attorney for Plaintiff
                                              CATHERINE JORDAN

**ORDER**

**IT IS SO ORDERED.**

DATED: November 17, 2008                                    
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*